ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Northcon, Inc. | ) ASBCA Nos. 64343, 64417 |
| | ) |
| Under Contract No. FA4897-19-D-A002 | ) |
| T.O. FA4897-20-F0072 | ) |

APPEARANCES FOR THE APPELLANT:    Lauren R. Brier, Esq.
    Ryan J. Boonstra, Esq.
    Rachael C. Haley, Esq.
    Josephine R. Farinelli, Esq.
     PilieroMazza PLLC
     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter, III, Esq.
     Air Force Deputy Chief Trial Attorney
    Michael J. Farr, Esq.
    Matney Rolfe, Esq.
     Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE PROUTY

The parties have resolved their dispute and request that the Board convert the termination for default to a termination for convenience and enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained and the termination for default is converted to a termination for convenience. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $106,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: April 1, 2026

J. REID PROUTY
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____                     _____
DAVID D'ALESSANDRIS                         LAURA EYESTER
Administrative Judge                        Administrative Judge
Acting Vice Chairman                        Armed Services Board
Armed Services Board                        of Contract Appeals
of Contract Appeals


       I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 64343, 64417, Appeals of
Northcon, Inc., rendered in conformance with the Board's Charter.


       Dated: April 1, 2026


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2